AO 106 (Rev. 04/10) Application for a Search Warrant (USAO CDCA Rev. 01/2013)

4/4/2024

# UNITED STATES DISTRICT COURT
для the
Western District of Oklahoma

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. MJ-24-281-SM
INFORMATION ASSOCIATED WITH FACEBOOK )
ACCOUNT 100061198757937 THAT IS STORED AT )
PREMISES CONTROLLED BY META PLATFORMS, INC. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is incorporated by reference herein.

located in the _____ Western _____ District of _____ Oklahoma _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is incorporated by reference herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) and 933 | Felon in Possession of a Firearm and Firearm Trafficking |
| 21 U.S.C. §§ 841(a)(1) and 846 | Drug Trafficking and Drug Conspiracy |

The application is based on these facts:
See attached Affidavit, which is incorporated by reference herein.

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Joshua R. Dickson, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 4, 2024

_____
Judge's signature

City and state: Oklahoma City, Oklahoma

Suzanne Mitchell, U.S. Magistrate Judge
*Printed name and title*

AUSA: Matthew P. Anderson

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK ACCOUNT 100061198757937 THAT IS STORED AT PREMISES CONTROLLED BY META PLATFORMS, INC. | Case No. M-24-281-SM <br><br> **Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Joshua Dickson, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook account that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. ("Meta"), a company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Meta to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the account.

2. I am a Special Agent with Homeland Security Investigations (HSI) and have been since May 2022. I am currently assigned to the HSI Oklahoma City Office, where I have been involved in a wide variety of investigative matters, including investigations targeting drug trafficking organizations (DTO), most of which involved the unlawful distribution of narcotics in violation of 21 U.S.C. §§ 841(a)(1) and 846. As part of my investigative experience as a special agent, I have executed search and arrest warrants, conducted physical surveillance, coordinated

controlled purchases with confidential sources, analyzed records documenting the purchase and sale of illegal drugs, and spoken with informants and subjects, as well as other local and federal law enforcement officers, regarding the manner in which drug distributors obtain, finance, store, manufacture, transport, and distribute their illegal drugs.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. §§ 922(g)(1), 933 and 21 U.S.C. §§ 841(a)(1) and 846 have been committed by Monique GARZA, Dustan WILLIAMS, Darryl TAMEZ, and others. There is also probable cause to search the information described in Attachment A for evidence of these crimes, contraband, and fruits of these crimes, as described in Attachment B.

**PROBABLE CAUSE**

5. On February 7, 2024, Oklahoma Attorney General's Office District 3 Drug and Violent Crimes Task Force (D3) members conducted a controlled purchase of a small amount of methamphetamine from a 2020 Kia Sportage bearing Oklahoma license plate NSS-563. Immediately after the controlled purchase, D3 members notified a deputy with the Jackson County Sheriff's Office (JCSO) of the violation and requested a traffic stop due to the reasonable suspicion of more narcotics being in the vehicle as well as the proceeds from their undercover purchase being in the vehicle.

2

6. Shortly after being notified, the JCSO deputy observed the Kia Sportage making evasive turns through a residential area in an attempt to evade law enforcement. The deputy further observed the occupants frequently checking their mirrors and displaying nervous behavior, as well as the vehicle having a cracked windshield. The JCSO deputy conducted a traffic stop on the Kia Sportage and identified the occupants of the vehicle as WILLIAMS and TAMEZ.

7. In the course of the traffic stop, a K9 unit was deployed with a certified narcotics detection K9. This K9 positively alerted to the vehicle and officers on scene conducted a search based on the alert. Inside the vehicle on the passenger floorboard, investigators located a black bag with a 2 plastic bags within it. The plastic bags contained a white crystalline substance, which officers suspected as methamphetamine, and a digital scale. WILLIAMS and TAMEZ were taken into custody and the crystalline substance, digital scale, and cellphones were seized. The crystalline substance, which later field tested presumptive positive for methamphetamine, had a gross weight of approximately 754 grams.

8. On February 13, 2024, D3 applied for and received a state search warrant for the Facebook accounts of WILLIAMS and TAMEZ. The warrant was executed on the same day.

9. Upon review of the returns, D3 discovered communications between TAMEZ and GARZA with GARZA using the Facebook account 100061198757937. D3 determined that the communications between TAMEZ and GARZA began on May 31, 2023, and continued until the date of TAMEZ's arrest. D3 provided me a copy of the Facebook returns. I reviewed the communications between TAMEZ and GARZA and found conversations that are indicative of both illegal drug transactions as well as the illegal sale of firearms. TAMEZ and GARZA are

both convicted felons and do not have the lawful ability to possess a firearm. For example, the following communications occurred between TAMEZ and GARZA:

    a.    On January 20, 2024, GARZA sent a message to TAMEZ stating "So I'm going thru someone else and they charging me 18 for the lb". On the same date, GARZA sent a message to TAMEZ stating "Ok I got a 4pc at my house if u want that." Based on my training and experience, GARZA is telling TAMEZ that she is going to a different source of supply who is charging $1,800.00 for a pound of methamphetamine. Further, GARZA is telling TAMEZ that she has four ounces of methamphetamine currently available.

    b.    On February 5, 2024, TAMEZ sent two photos of a shotgun with a message afterwards saying, "for sell." GARZA asked TAMEZ "how much," to which TAMEZ replied "8 onions of close to it." Based on my training and experience, TAMEZ was offering to sell GARZA a firearm in exchange for eight ounces of methamphetamine.

    c.    On February 6, 2024, the day prior to his arrest, TAMEZ sent a message to GARZA stating, "I got cashappbto is that cool." GARZA replied, "how much And meet Me on shields." TAMEZ replied with three follow-up messages, stating "I got 32," "I'm send 1800 cashapp," and "1400 cash." Based on my training and experience, TAMEZ was going to purchase $3,200 worth of methamphetamine from GARZA, and TAMEZ would meet GARZA on Shields Boulevard.

10.    On March 19, 2024, I sent a preservation request to Meta Platforms Inc. for the Facebook account 100061198757937.

11.    Based on my training and experience, GARZA uses the Facebook account 100061198757937 to coordinate drug transactions. Given GARZA's use of mobile

4

communications and messaging applications, specifically Facebook Messenger, to facilitate drug and firearm transactions, law enforcement believes the information obtained from the contents of GARZA's Facebook account will lead investigators to additional co-conspirators and/or locations/individuals important to the DTO.

## BACKGROUND CONCERNING FACEBOOK

12. Meta owns and operates Facebook, a free-access social networking website that can be accessed at http://www.facebook.com. Facebook users can use their accounts to share communications, news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

13. Meta asks Facebook users to provide basic contact and personal identifying information either during the registration process or thereafter. This information may include the user's full name, birth date, gender, e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Each Facebook user is assigned a user identification number and can choose a username.

14. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

15.  Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

16.  Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

17.  Facebook users can upload photos and videos to be posted on their Wall, included in chats, or for other purposes. Users can "tag" other users in a photo or video and can be tagged by others. When a user is tagged in a photo or video, he or she generally receives a notification of the tag and a link to see the photo or video.

18.  Facebook users can use Facebook Messenger to communicate with other users via text, voice, video. Meta retains instant messages and certain other shared Messenger content

unless deleted by the user, and also retains transactional records related to voice and video chats. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.

19. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

20. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

21. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

22. Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

23. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

24. In addition to the applications described above, Meta provides users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

25. Meta also retains records of which IP addresses were used by an account to log into or out of Facebook, as well as IP address used to take certain actions on the platform. For example, when a user uploads a photo, the user's IP address is retained by Meta along with a timestamp.

26. Meta retains location information associated with Facebook users under some circumstances, such as if a user enables "Location History," "checks-in" to an event, or tags a post with a location.

27. Social networking providers like Meta typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Meta about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Meta typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

28. As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Meta, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a

8

residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Meta logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, location information retained by Meta may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

29. Therefore, the servers of Meta are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## **INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

30. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant

to require Meta to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

31. Based on the foregoing, I request that the Court issue the proposed search warrant.

32. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving it on Meta. Because the warrant will be served on Meta, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

33. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## REQUEST FOR SEALING

34. I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because

their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

_____
JOSHUA DICKSON
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on April 4th, 2024

_____
SUZANNE MITCHELL
United States Magistrate Judge
Western District of Oklahoma

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with Facebook account 100061198757937 that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

## Particular Things to be Seized

I. **Information to be disclosed by Meta Platforms, Inc. ("Meta")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for the Facebook account listed in Attachment A:

(a) All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) All activity logs for the account and all other documents showing the user's posts and other Facebook activities from June 1, 2023, to the present;

(c) All photos and videos uploaded by that Facebook account and all photos and videos uploaded by any user that have that Facebook account tagged in them from June 1, 2023, to the present, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d) All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification

|      |                                                                                                                                                                                                                                                                                     |
| ---- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|      | numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;                                                                                                        |
| (e)  | All records or other information regarding the devices and internet browsers associated with, or used in connection with, that Facebook account, including the hardware model, operating system version, unique device identifiers, mobile network information, advertising ID, and user agent string; |
| (f)  | All other records and contents of communications and messages made or received by that Facebook account from June 1, 2023, to the present, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;       |
| (g)  | All "check ins" and other location information;                                                                                                                                                                                                                                     |
| (h)  | All IP logs, including all records of the IP addresses that logged into the account;                                                                                                                                                                                                |
| (i)  | All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";                                                                                                                         |
| (j)  | All information about the Facebook pages that the account is or was a "fan" of;                                                                                                                                                                                                     |
| (k)  | All past and present lists of friends created by the account;                                                                                                                                                                                                                       |
| (l)  | All records of Facebook searches performed by the account from June 1, 2023, to the present;                                                                                                                                                                                        |
| (m)  | All information about the user's access and use of Facebook Marketplace;                                                                                                                                                                                                            |
| (n)  | The types of service utilized by the Facebook account;                                                                                                                                                                                                                              |

2

(o) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(q) Records of any Facebook accounts that are linked to the account by machine cookies (meaning all Facebook user IDs that logged into Facebook by the same machine as the account); and

(r) All records pertaining to communications between Meta and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Meta is hereby ordered to disclose the above information to the government within **fourteen (14) days** of issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of 18 U.S.C. §§ 922(g)(1) and 933 and 21 U.S.C. §§ 841(a)(1) and 846 involving Monique GARZA, Dustan WILLIAMS, Darryl TAMEZ, and others since June 1, 2023, including, for the Facebook account identified on Attachment A, information pertaining to the following matters:

(a) Evidence of the sale, coordination, facilitation and transportation of illegal drugs and maintenance of drug-controlled premises and the financial transactions supporting the drug conspiracy;

(b) Evidence of the sale, coordination, facilitation, and transportation of firearms and the financial transactions supporting the firearm trafficking conspiracy;

(c) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(d) Evidence indicating the Facebook account owner's state of mind as it relates to the crimes under investigation;

(e) The identity of the person(s) who created or used the Facebook accuont, including records that help reveal the whereabouts of such person(s).